**DISMISS; and Opinion Filed April 14, 2014.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

_____

### No. 05-12-01029-CV
_____

**STEPHANIE FREEMAN, Appellant**
**V.**
**CITIMORTGAGE, INC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04363-E**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Lewis
Opinion by Justice Myers

Appellant's brief in this case is overdue. By postcard dated February 25, 2014, we notified appellant the time for filing her brief had expired. We directed appellant to file both her brief and an extension motion within ten days. We cautioned appellant that failure to file her brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief, an extension motion, or otherwise corresponded with the Court regarding the status of her brief.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b)(c).


/Lana Myers/
_____
LANA MYERS
JUSTICE

121029F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

STEPHANIE FREEMAN, Appellant

No. 05-12-01029-CV     V.

CITIMORTGAGE, INC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-04363-E.
Opinion delivered by Justice Myers.
Justices Lang-Miers and Lewis participating.

     In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

     It is **ORDERED** that appellee CITIMORTGAGE, INC recover its costs of this appeal from appellant STEPHANIE FREEMAN.


Judgment entered this 14th day of April, 2014.


/Lana Myers/

LANA MYERS
JUSTICE